FINE HOMEBUILDERS, INC. *v.* DIANE
PERRONE ET AL.*

The defendants' petition for certification for appeal
from the Appellate Court, 98 Conn. App. 852 (AC 26714),
is granted, limited to the following issue:

"Did the Appellate Court properly determine that a
state marshal's service of process at a locked front gate
of a gated single-family estate was sufficient service
of process?"

The Supreme Court docket number is SC 17877.

*Stephen A. Finn* and *Alex K. Sherman*, in support
of the petition.

*Jeffrey M. Sklarz*, in opposition.

Decided March 21, 2007

---

STATE OF CONNECTICUT *v.* LARRY LAWSON

The defendant's petition for certification for appeal
from the Appellate Court, 99 Conn. App. 233 (AC 25247),
is denied.

*Richard W. Callahan*, special public defender, in sup-
port of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney,
in opposition.

Decided March 21, 2007